AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY _____ D.C.

JUL 1 0 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ERIC JACOB LAYTON | ) | Case No. 23-6316-AOV |
| | ) | |
| | ) | |
| | ) | |
| *Defendant.* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March of 2023 to April of 2023__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 2251(a) and (e) | Attempted Production of Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Lee Bieber, TFO FBI
Printed name and title

Sworn to me in my presence.

Date: 7/10/23

_____
Judge's signature

City and state: Fort Lauderdale, Florida

Alicia O. Valle, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Lee Bieber, having been duly sworn, hereby depose and state:

### INTRODUCTION

1. I am a Detective with the Plantation Police Department ("PPD") and have been so employed since 2002. I am currently assigned as a Task Force Officer ("TFO") to the Federal Bureau of Investigation's ("FBI") Child Exploitation and Human Trafficking Task Force ("CEHTTF") Miami Field Office, which targets individuals involved in the on-line sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking, child pornography, and enticement violations. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in numerous child exploitation investigations. I have also executed search warrants that have led to seizures of child pornography as well as undercover operations that led to the recovery juvenile victims of prostitution. Finally, I am assigned to the South Florida Internet Crimes Against Children ("ICAC") Task Force, which investigates computer crimes related to child pornography and the abuse and exploitation of children.

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, et seq.

3. This Affidavit is submitted in support of a criminal complaint charging **ERIC JACOB LAYTON** (hereinafter referred to as "LAYTON") with Attempted Production of Child Pornography, in violation of Title 18, United States Code, Sections 2251(a) and (e).

4. This Affidavit is based on my personal investigation and investigation by others, including federal and local law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by interviewing witnesses and examining documents obtained in the course of the investigation as well as through other means. This Affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

## FACTUAL BACKGROUND

5. Between April 5, 2023, and April 10, 2023, it was reported to the Plantation Police Department (PPD) and the National Center for Missing and Exploited Children (NCMEC) CyberTipline that a 15-year-old male, herein referred to as the MINOR VICTIM, was being solicited online and via voice calls to produce child sexual abuse material (CSAM).

6. On or about April 17, 2023 the mother and father of the MINOR VICTIM were interviewed by law enforcement at the PPD. At the beginning of the interview, the mother and father confirmed their current address in Plantation, Broward County, Florida, located in the Southern District of Florida. The mother advised that her 15-year-old son (MINOR VICTIM) is an amateur boxer and has competed in the sport for approximately five (5) years. The father advised that the MINOR VICTIM gravitated towards boxing because of his (FATHER) involvement in the sport. The father is also the MINOR VICTIM's coach/trainer. According to the father, the MINOR VICTIM frequents many gyms but mostly trains at home. The father advised that the MINOR VICTIM is a member of USA Boxing. It should be noted that USA Boxing is

non-profit organization responsible for the administration, development, and promotion of Olympic-style boxing in the United States. The MINOR VICTIM is also enrolled at a private preparatory school in Davie, Florida.

7. Between April 5, 2023, and April 10, 2023, the mother reported to the PPD and the NCMEC CyberTipline that the MINOR VICTIM was being solicited online and via voice calls to produce child sexual abuse material (CSAM). The mother advised that she created an Instagram account with the username gamebred2007 to promote her son as a boxer. The Instagram account is monitored and controlled solely by her. Prior to the interview, law enforcement conducted a social media search for the MINOR VICTIM's Instagram account. Based on the search, it was discovered that the account was posted for public access on Instagram with the user account identified as gamebred2007. Law enforcement observed various images of the MINOR VICTIM promoting him as a boxer. During the interview, the mother was shown a printed copy of the account which she positively identified.

8. The mother stated that an unknown male subject, later determined to be LAYTON, reached out to, what he believed was, the MINOR VICTIM via direct message on Instagram. The mother identified LAYTON's Instagram username as imorr_67. It should be noted that the mother previously provided law enforcement with a copy of LAYTON's Instagram account with the username imorr_67. The account profile image depicted a possible white male with his hands raised. The account was posted for private access. The profile page showed zero (0) posts. LAYTON had thirty-seven (37) followers and he was following one thousand two hundred (1,200) other accounts.

9. LAYTON claimed to be a writer for Box Rec, which is a website dedicated to holding updated records of professional and amateur boxers. In March of 2023, LAYTON direct

messaged the mother, portraying the MINOR VICTIM. According to the mother, LAYTON was interested in a ten (10) minute phone interview with the MINOR VICTIM and requested the MINOR VICTIM's phone number. The mother advised that it is common for persons to request interviews with her son regarding his amateur boxing career. The mother and the father (collectively referred to as the "PARENTS") believed this was a legitimate request and allowed the MINOR VICTIM to be interviewed via voice call by LAYTON. The interview was conducted as the family was driving home from a boxing event in Detroit, Michigan. The phone was not on speaker but the PARENTS heard LAYTON ask the MINOR VICTIM some of the following questions:

- How long have you been boxing?
- Who is your trainer?
- Who is your favorite boxer?
- Who do you look up too?

10. The mother stated that, after the interview, LAYTON continued to direct message her (MOTHER), portraying the MINOR VICTIM via Instagram. A few days later, the MINOR VICTIM received a call from a private number. According to the father, the individual who called the MINOR VICTIM claimed to be a USA Boxing certified physician, later determined to be LAYTON. The MINOR VICTIM handed his cellular phone to the father who proceeded to speak with LAYTON whom the MINOR VICTIM thought was a physician. According to the father, LAYTON wanted to know how the MINOR VICTIM was eligible to participate in boxing events without completing a physical examination conducted by a USA Boxing certified physician. LAYTON reiterated what he had said on Instagram about new rules being instituted where the fighters will be matched up based on physical development and not by age and/or weight. LAYTON informed the father that the examination/interview could be conducted over the phone with the MINOR VICTIM. The father thought the call was legitimate because LAYTON knew the

MINOR VICTIM's USA boxing membership ID number. Therefore, the father allowed the MINOR VICTIM to be questioned via voice call by LAYTON. LAYTON identified himself as Dr. Iniesta Alexis.

11.     The father advised that the MINOR VICTIM took possession of the cellular phone and went into his room to answer LAYTON's questions. Approximately fifteen (15) minutes later, the MINOR VICTIM returned from his room and gave his cellular phone back to the father. The MINOR VICTIM told his father that LAYTON would like to talk with him. LAYTON proceeded to tell the father about the questions that he asked the MINOR VICTIM to include, but is not limited to, if his son had ever produced testosterone. The father stated that this was a "red flag" since no medical doctor would ever ask this question. LAYTON told the father that the initial exam was sufficient for the MINOR VICTIM to fight in his next two tournaments which he mentioned by name. The father later spoke to the MINOR VICTIM about the questions asked by LAYTON. The MINOR VICTIM told his father that LAYTON asked him if he masturbated, produced testosterone, and had armpit and/or pubic hair. LAYTON also inquired about the size of the MINOR VICTIM's penis when it was soft and when it was erect.

12.     Since the initial call, LAYTON contacted the father on numerous occasions from a private number. LAYTON requested the father or the MINOR VICTIM to produce pictures of the MINOR VICTIM's pelvic area, to include his genitals, and then email these pictures to iniestaalexis883@gmail.com. LAYTON told the father that the images were required to determine the MINOR VICTIM's physical development. LAYTON also contacted the MINOR VICTIM numerous times, but the MINOR VICTIM would not answer the calls. At no time did the PARENTS or the MINOR VICTIM comply with LAYTON'S demands. The father advised that he would repeatedly make excuses for failing to comply. LAYTON told the father that he needs

to comply or else the MINOR VICTIM will not be able to participate in any upcoming boxing event.

13. The mother advised that she continued receiving direct messages from LAYTON'S Instagram account, wherein LAYTON was posing as a writer for Box Rec, asking if a physician, who was later determined to also be LAYTON, had contacted the MINOR VICTIM. LAYTON encouraged the MINOR VICTIM to comply with the physician's demands. Based on this statement, the mother felt certain that the individual claiming to be the physician was the same person claiming to be the writer.

14. During the interview, the father received a voice call on his cellular phone from a private number which was later determined to be LAYTON acting as the physician. Law enforcement gave the father authorization to answer the call during the recorded interview. The person on the call identified himself as Dr. Alexis. The caller, later determined to be LAYTON, told the father that his son's file was incomplete, but he wanted to help him (FATHER) and the MINOR VICTIM resolve the issue. The caller wanted to schedule a time to re-interview the MINOR VICTIM to see if any of his answers have changed regarding his physical developmental history. The caller, LAYTON, also mentioned that the requested pictures were needed to complete the MINOR VICTIM's file. The father inquired about the type of pictures needed of the MINOR VICTIM. The caller, LAYTON, responded that he will let the MINOR VICTIM know what pictures are needed for submission and that maybe it would be less embarrassing for the MINOR VICTIM if he did not involve his parents. The father asked again what pictures are needed of the MINOR VICTIM. The caller, LAYTON, advised that he needed photos of the MINOR VICTIM's physique, under arms, pubic area, and private area. The caller, LAYTON, stated that the photos were required to verify the MINOR VICTIM's answers. The caller advised that an incomplete

medical exam could affect the MINOR VICTIM's participation in any upcoming boxing events if he fails to comply.

15. After completing the voice call, the father advised that the voice of the caller was consistent with other calls he received from the alleged physician.

16. The father stated that he contacted the USA Boxing President to report the incident. The President informed the father that the alleged physician was not a legitimate doctor and that he was the fourth parent to report this occurrence. Additionally, the father was informed that a boxer is not required to provide a physical developmental history to participate in any USA Boxing event.

17. It was explained to the PARENTS that any data contained within the MINOR VICTIM's cellular phone and/or Instagram account that pertains to this investigation would be needed to corroborate their story. As a result, the PARENTS voluntarily surrendered the MINOR VICTIM's cellular phone for a forensic examination. The mother signed a consent to search form granting law enforcement access to data contained in the device. A property receipt was completed to maintain the chain of custody. The mother also gave written consent to law enforcement to access the cloud data from the MINOR VICTIM's Instagram account.

18. On or about April 18, 2023, law enforcement accessed and downloaded the data for further review. A search was conducted for any communication activity between the mother, portraying the MINOR VICTIM, and LAYTON. The mother provided LAYTON's Instagram username imorr_67. Based on the provided information, a chatlog was discovered between the mother, portraying the MINOR VICTIM, and LAYTON. These chats occurred between September 4, 2022, and April 17, 2023. There were approximately six hundred and twenty (620) messages in the chatlog. Between September 4, 2022, and October 19, 2023, LAYTON attempted

to communicate with the MINOR VICTIM. However, the mother, portraying the MINOR VICTIM, did not respond.

19. The chats revealed that, on or about March 19, 2023, LAYTON sent a message to the MINOR VICTIM advising that he was interested in conducting a ten (10) minute phone interview with him and requested the MINOR VICTIM's phone number. On or about March 21, 2023, LAYTON attempted to locate the MINOR VICTIM in Detroit, Michigan, by offering him free boxing gear. On this date, the mother, portraying the MINOR VICTIM, began messaging LAYTON back. LAYTON continued to press, who he believed was the MINOR VICTIM, for a ten (10) minute phone interview and requested his phone number. On or about March 22, 2023, the mother, portraying the MINOR VICTIM, provided the MINOR VICTIM's cellular phone number to the UNSUB. Moving forward, LAYTON attempted to establish an online friendship with, whom he believed was, the MINOR VICTIM.

20. On or about April 8, 2023, LAYTON mentioned that failing to comply with a medical examination could affect his eligibility to participate in future boxing events. This is exemplified in the following messages:

> UNSUB: *"Hmmm. Whatever the issue is I'd take care of it. U don't want to get a tap on the shoulder before a fight and have em tell you're not eligible cause of medicals. They don't mess around with that stuff."*
>
> UNSUB: *"Well I don't know what your issue is and you haven't told me. I get it's personal. But I have been to too many events that fighters were disqualified for not having clearance and not following simple instructions."*
>
> UNSUB: *"So whatever the issue is or they want you to fix I wouldn't play games. They don't play with medical issues.."*

21. On or about April 13, 2023, LAYTON told, who he believed was the MINOR VICTIM, that he respected him, wanted the MINOR VICTIM to trust him, and mentioned the MINOR VICTIM's age. This is exemplified in the following messages:

> UNSUB: *"I know u don't know me but I'm a really good listener and I have really taken a liking to you and respect you for opening up a little. U can trust me [MINOR VICTIM's FIRST NAME]."*
>
> UNSUB: *"Oh wow, I didn't realize you're 16. U look much younger."*

22.  On or about April 18, 2023, law enforcement spoke with the Executive Director of USA Boxing via phone, herein referred to as the DIRECTOR. The DIRECTOR advised that he is aware of the reported incident. The DIRECTOR confirmed that the incident was reported to him by the father of the MINOR VICTIM. Additionally, the DIRECTOR mentioned that he recently received calls from other parents with the same concerns. The DIRECTOR advised that he will provide names and contact information for other reported incidents at a later date.

23.  During the conversation, the DIRECTOR stated that any physician associated with USA Boxing would be indexed in their directory database. The DIRECTOR queried the name Iniesta Alexis and email address iniestaalexis883@gmail.com. The search yielded negative results.

24.  The DIRECTOR mentioned that USA Boxing policy dictates that no adult will have one on one engagements with any minors. Additionally, there are no rules or policies in place that state fighters will undergo a physical development assessment in order to participate in a boxing event. The DIRECTOR advised that he and his team will fully cooperate with law enforcement regarding this matter.

25.  On or about April 26, 2023, the Federal Bureau of Investigation (FBI) Computer Analysis Response Team (CART) conducted a forensic data extraction on the MINOR VICTIM's Apple iPhone 11 cellular phone using an FBI forensic tool. Law enforcement reviewed the extracted data from the MINOR VICTIM's Apple iPhone 11 cellular phone and discovered that the MINOR VICTIM's cellular phone number was identified as a number ending in 4941. A search was conducted for any voice calls received from private phone numbers. Based on the

search, it was discovered that the MINOR VICTIM received twenty-five (25) voice calls from unknown caller(s) between March 23, 2023, and April 12, 2023. It should be noted that, on or about March 22, 2023, the mother, portraying the MINOR VICTIM on Instagram, shared the aforementioned phone number with LAYTON who claimed to be a writer from Box Rec.

26.   On or about April 27, 2023, the MINOR VICTIM was interviewed at the FBI Miami Field Office. The interview was conducted by FBI Child/Adolescent Forensic Interviewer (CAFI). The MINOR VICTIM stated that he is an amateur boxer and has competed in the sport for approximately five (5) years. The MINOR VICTIM advised that he started boxing because of his family's involvement in the sport. The MINOR VICTIM advised that he currently competes in various boxing events across the United States. The MINOR VICTIM advised that his mother created an Instagram account to promote him as a boxer. The Instagram account is monitored and controlled solely by his mother. The MINOR VICTIM does not have access to the account. In March 2023, the MINOR VICTIM's mother informed him that an individual, later determined to be LAYTON, on Instagram was interested in a ten (10) minute phone interview with him about his boxing career. The individual was believed to be a writer for an online boxing page. The MINOR VICTIM stated that his mother provided his cellular phone number to the individual via Instagram. The MINOR advised that while driving home with his family from a boxing event in Detroit, Michigan he received a call from a private number. According to the MINOR VICTIM, the caller wanted to conduct a ten (10) minute interview about his boxing career. The caller, later determined to be LAYTON, asked the MINOR VICTIM some of the following questions:

- Who is your favorite boxer?
- How do you train?
- Who do you look up too?
- Who is your idol?

27.   The MINOR VICTIM stated that his phone was not on speaker during the interview

but everyone in the car heard the conversation.

28. A few days later, the MINOR received numerous calls from a private number. The MINOR VICTIM stated that he provided his cellular phone to his father while receiving one of the calls so his father could address the unknown caller. According to the MINOR VICTIM, the individual claimed to be a physician from USA Boxing. The alleged physician, later determined to be LAYTON, wanted to know how the MINOR VICTIM was eligible to participate in boxing events without completing a physical examination. The alleged physician informed MINOR VICTIM's father that the examination/interview could be conducted over the phone. The father allowed the MINOR VICTIM to be questioned via voice call by the alleged physician.

29. The MINOR VICTIM stated that during the interview, the alleged physician, LAYTON, asked him if he masturbated, produced testosterone, and had armpit and or pubic hair. The alleged physician, LAYTON, also inquired if the MINOR VICTIM had hair on his "balls." Additionally, the alleged physician inquired about the size of the MINOR VICTIM's penis when it was soft and when it was erect.

30. Upon conclusion of the interview between the MINOR VICTIM and LAYTON, the alleged physician, requested the MINOR VICTIM to produce and transmit pictures of his armpit hair and his pubic hair to include his genitals. The MINOR VICTIM refused to comply and told the alleged physician that he would need to speak with his father about the request. The alleged physician told the MINOR VICTIM that he needs to comply or else he would not be eligible to participate in any upcoming boxing event. At this point, the MINOR VICTIM placed his phone on mute and then gave the phone to his father.

31. The MINOR VICTIM advised that the voice of the person conducting the boxing interview was consistent with the voice of the alleged physician. Therefore, he believed it was

same person. Additionally, the MINOR VICTIM also found it suspicious that the alleged physician obtained his cellular phone number since it is not listed in the USA Boxing directory.

32. Law enforcement was able to determine through subpoenas and search warrants that both the Google account iniestaalexis883@gmail.com and the Instagram account imorr_67 resolved back to Eric Abrams residing at 6446 Panel Court, San Diego, CA 92122.

33. On June 22, 2023, a search of a publicly available databases revealed ERIC ABRAMS resided at 6446 Panel Court, San Diego, California 92122.

34. On June 15, 2023, a physical surveillance was conducted at 6446 Panel Court, San Diego, California 92122. The garage door of the residence was open. Parked inside the garage was a Lexus sedan. Registration on this vehicle comes back to ERIC ABRAMS with a listed address of 6446 Panel Court, San Diego, California 92122.

35. On June 28, 2023, a United States Magistrate Judge from the Southern District of California signed a search warrant for 6446 Panel Court, San Diego, California 92122.

36. On July 6, 2023, San Diego FBI served Federal Search Warrant #23MJ2337 for child exploitation at 6446 Panel Court, San Diego, CA. ERIC JACOB LAYTON (previously identified as ERIC LEIGHTON ABRAMS) was contacted in front of his house and detained per the warrant. While on scene, LAYTON advised that he legally changed his name from ERIC LEIGHTON ABRAMS to ERIC JACOB LAYTON and had a CA driver's license to corroborate his claim. LAYTON had two cellular phones on his possession. One had no security feature to unlock the home screen while the other phone (Verizon Android) required a personal identification number (PIN). Law enforcement attempted to interview LAYTON on scene, but he immediately invoked his right to have a lawyer. No questions asked at this point. A Task Force Officer from the Regional Computer Forensics Laboratory used a phone extraction system to obtain access to

LAYTON's Verizon Android cellular phone.

37. A preview of the Verizon Android phone showed that LAYTON contacted five (5) minors (under 18) victims posing as a modeling recruiter to produce child pornography. In all five (5) chat messages, the male minors clearly indicate they are under the age of 18 to LAYTON. In the chat conversations, LAYTON identifies himself as a Modeling Agent and request that the minors provide photos for a modeling portfolio to include pictures of their "pubic area."

38. In the residence, law enforcement found handwritten notes ranking body parts to include pubic hair and armpits.

39. While reviewing the data contained in the Verizon Android phone, it was discovered that the cellular phone number linked to this phone was the same phone number utilized to contact the MINOR VICTIM in Plantation and the same number that was provided to other possible victims on Instagram regarding the massage therapist. Additionally, the Instagram account used to contact the MINOR VICTIM in Plantation was identified on this device.

40. Based on the information listed above, LAYTON was arrested on state charges and transported to San Diego County jail.

41. A review of the data records from Instagram revealed that Instagram user account imorr_67 was created on May 18, 2020. Vanity name changes associated to this account include: imorr_67, innorr_67, inorr_43, and inoor_34. The gender of the account holder is listed as female.

42. Direct messages were identified in the data records which show that the UNSUB, later determined to be LAYTON, used Instagram account imorr_67 (Account ID: 35764191480) to communicate with the MINOR VICTIM and other young males who appear to be under the age of 18. The direct messages with the MINOR VICTIM were consistent with the messages identified in the MINOR VICTIM's Instagram account gamebred2007.

43. In reference to the direct messages with other young males, LAYTON used various techniques to entice the young males to send pictures of their bodies for modeling purposes. In several of the chats, the LAYTON identified himself as a female recruiter for young athletic models. The young males disclosed their age after being asked by LAYTON. The age range of the young males ranged from thirteen (13) to twenty (20). LAYTON would complement the young males on their appearance and tell them they looked mature for their age. LAYTON would make sexual references to the young males after receiving their pictures. This is exemplified in the following comments:

- *"And I love love love the sexy happy trail"*
- *"You got me excited talking about the heat you're packing"*
- *"Lemme see what's below that sexy happy trail"*

44. There were several images contained in this account that depict young males in their underwear. Some focused on their genitalia.

45. In one of the chats, LAYTON requests a video of a minor "I want to see you erupt like a volcano" and "make a video, lemme watch u nut" referencing sexual gratification in the context of the chat.

46. In several of the chats with other males, LAYTON provided phone number 702-250-1276. LAYTON advised the number belonged to a massage therapist which he recommended to the young males.

47. On May 25, 2023, a subpoena was served on Verizon Wireless requesting account information for cellular number 702-250-1276. Verizon Wireless provided an additional response to the subpoena on June 7, 2023 which included a call log.

48. According to the call log, LAYTON used phone number 702-250-1276 to contact the MINOR VICTIM from Plantation, Florida, and the MINOR VICTIM's father on multiple dates

and times. LAYTON used the *67 feature to conceal his phone number while making these calls.

49. Additionally, the provided call log showed that LAYTON used phone number 702-250-1276 to contact the father on the date and time the father was interviewed by law enforcement at the PPD. As previously stated, LAYTON told the father during the call that he needed photos of the MINOR VICTIM's physique, under arms, pubic area, and private area.

## CONCLUSION

50. Based on the forgoing, I respectfully submit that there is probable cause to support a criminal complaint charging **ERIC JACOB LAYTON** with Attempted Production of Child Pornography, in violation of Title 18, United States Code, Sections 2251(a) and (e).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Lee Bieber, Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed before me this 10th day of July 2023

_____
HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE